■ In the Matter of JOSEPH R. AMISANO, an Attorney, Resignor. [26 NYS3d 912]—Order entered accepting resignation and striking name from roll of attorneys. Present—Smith, J.P., Carni, Nemoyer and Troutman, JJ. (Filed Mar. 2, 2016.)